■ PATRICK PROCTOR, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 94601.) [720 NYS2d 864] —Judgment unanimously affirmed without costs for reasons stated in decision at Court of Claims, Corbett, Jr., J. (Appeal from Judgment of Court of Claims, Corbett, Jr., J.—Negligence.) Present— Pigott, Jr., P. J., Wisner, Hurlbutt, Burns and Lawton, JJ.